# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | NO. 16-CV-00627 MCA/SMV |
| v. | ) | 10-CR-01713 MCA |
| | ) | |
| LAWRENCE LAMB, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## ORDER EXTENDING TIME FOR PETITIONER TO AMEND PETITION

This Court has received and considered Defendant-Petitioner Lamb's Unopposed Motion for Extension of Time to Amend Petition. After examining the motion, this Court finds that the motion is well taken.

THEREFORE, IT IS ORDERED THAT Petitioner Lamb's deadline for filing an amended petition in this matter is hereby extended by thirty (30) days from July 12, 2016 to August 11, 2016.

Dated: July 21, 2016

**THE HONORABLE STEPHAN M. VIDMAR**
United States Magistrate Judge

Submitted by:                                  Approved by:

*/s/ Michael V. Davis, Esq.*                   *Approved Telephonically on 06/08/16*
**MICHAEL V. DAVIS, ESQ.**                     **NORMAN CAIRNS, ESQ.**
Attorney for Defendant-Petitioner Contreras    Assistant United States Attorney