**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                                                                          **No. 16-cv-0627 MCA/SMV**
                                                                               **No. 10-cr-1713 MCA**

**LAWRENCE LAMB,**

     **Defendant.**

## <u>ORDER TO ANSWER</u>

THIS MATTER is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. [CV Doc. 1; CR Doc. 74].  Defendant's § 2255 Motion was filed pro se.  On July 21, 2016, counsel entered his appearance and filed an Unopposed Motion to Extend Time for Filing Amended Petition.  [CV Doc. 3; CR Doc. 76]. The Court granted the motion and gave Defendant until August 11, 2016 to file an amended § 2255 motion.  [CV Doc. 5; CR Doc. 77].  No amended motion has been filed, nor have any additional extensions of time been requested.  Therefore, the Court deems Defendant's Motion Under 28 U.S.C. § 2255 to be complete and will direct the United States to answer.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [CV Doc. 1; CR Doc. 74] and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, within twenty-three days of entry of this Order, the United States answer Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [CV Doc. 1; CR Doc. 74].

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**